IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONNA T. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 16-31-SLR-SRF |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 8th day of March, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 17, 2017, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 18) is adopted.

2. Plaintiff Donna T. Moore's motion for summary judgment is granted (D.I. 10).

3. The Commissioner's cross-motion for summary judgment is denied (D.I. 14).

4. The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant and to remand the case for further administrative proceedings as outlined in the Report and Recommendation.

_____
Senior United States District Judge